# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2014

Robert P. Young, Jr.,
Chief Justice

148777

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 148777
COA: 319602
Jackson CC: 12-004221-FC

BRIAN NORBERT OTTO,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the January 24, 2014 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted. The Court of Appeals shall specifically address whether the Jackson Circuit Court had the authority to sentence the defendant to a minimum term of less than 25 years. See MCL 750.520b(2)(b); MCL 769.34(2)(a).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2014



h1021

Clerk